WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Jerrison Chee,<br><br>      Defendant. | CR-09-08023-02-PCT-NVW<br><br><br><br>**ORDER** |

A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on April 22, 2009.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

**IT IS ORDERED** that the Defendant shall remain detained pending further order of the court.

DATED this 28th day of April, 2009.

Lawrence O. Anderson
United States Magistrate Judge